| | | | |
|---|---|---|---|
| Case No. | SACV 11-506 JVS (MLGx) | Date | June 2, 2011 |
| Title | Kathryn Balles v. Lehman Brothers Small Business Finance, *et al.* | | |

Present: The Honorable   James V. Selna

| Loretta Anderson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause; Scheduling Conference Ordered Off-Calendar**

      A Scheduling Conference in this matter has been set for June 6, 2011. The Scheduling Conference is ordered off calendar. Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-1 require a single, joint report. None has been filed.

      The parties are directed to show cause at 10:00 a.m. June 13, 2011 why the Court should not strike the complaint and/or answer for failure to comply with the Federal Rules of Civil Procedure and the Local Rules or otherwise sanction the parties and/or counsel. A written response is due June 9, 2011. In lieu of separate responses, the parties may file by the same date a joint report which conforms with the Federal Rules of Civil Procedure, the Local Rules, and the Order setting the Scheduling Conference. The parties shall include a single Exhibit A properly completed.

      The Court will conduct a hearing on this order to show cause at 10:00 a.m. June 13, 2011. If a complying joint report is filed, the Court will convert the hearing into a Scheduling Conference.

                                                                                                            00 : 00

Initials of Preparer    lma